# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| WILLIAM BERRESHEIM, JERRY BIVENS, JENNY MAYNARD A/N/F OF AMBER BLOCKER, A MINOR; CORA BUCKNER, JAMES BURGER, FELICIA CALLION, TIMOTHY CLARK, GWEN BROWNING, BURNETT COLLIER, SHIRLEY COOKSTON, GARY CRUTCHFIELD, PHYLLIS CUMBESS, JEANNIE DALTON, BARBARA DEVAUL, DONALD DISNEY, JANICE FAULKNER-HOWLETT, DAVIA FIELDS, ALICE HASTINGS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD FLYE, DECEASED, JOHN FOSTER, MARTHA FROST, FELICIA GASTELUM, ASHLEY GILLIA, CORRIE GOOCH, KATHY HALL, CAROLYN HENRY, SAMIKO HUNTER, PATRICIA JACKSON, WILLIAM MICHAEL JENKINS, HORACE JOHNSON, TERRY JONES, OTIS KELLER, AMY KEY, KELLY LEE, PHYLLIS LOWERY, JUDY LUTTRELL, CHARLES MARTIN, VERONICA MAUK, NORMA MOHAMED, PAUL MOSES, C.H. MURPHY, RAYMOND NELSON, SHIRLEY NESTER, SHARON NEWBILL, LARRY PARKER, CHRISTEEN PATTON, JESS PEASE, JR., ZINA Y. SADLER, CLINT SANDOVAL, LISA SCARBOROUGH, WILLIAM SIMMONS, ROMIE STAGGS, CHARLES STEWART, JAMES STOUT, MELVIN STRICKLAND, BARBARA SUTTON, DONALD SWEAT, CHARLES TATE, PATRICIA TAYLOR, ROBBIE TAYLOR, THERESA THOMAS, JANICE WAGERS, EDWARD WATERS, IRVINE WILLIAMS, STEVA WILLIAMS,<br>Plaintiffs,<br>v.<br>ELI LILLY AND COMPANY,<br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CASE NO: 05-2291-B |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal entered on June 2, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

6/6/05
Date

ROBERT R. DI TROLIO
Clerk of Court

_____
(By) Deputy Clerk

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____ DEPUTY CLERK